# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151680

PILGRIM'S REST BAPTIST CHURCH,
a/k/a PILGRIM'S REST MISSIONARY
BAPTIST CHURCH, NATHAN MAYFIELD,
and STEPHON BLACKWELL,
   Plaintiffs/Counter-Defendants-
   Appellees,

v

              SC:  151680
              COA:  318797
              Kent CC:  11-012242-CZ

ARTHUR PEARSON, SR.,
   Defendant/Counter-Plaintiff-
   Appellant.

_____/

On order of the Court, the application for leave to appeal the April 23, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



a1202

Clerk